JONAS GUILFORD v. WESTERN UNION TELEGRAPH COMPANY.[1]

Nov. 25, 1895.

Nos. 9730—(161).

Guilford v. Western Union Tel. Co., 59 Minn. 332, 61 N. W. 324, followed.

Appeal by defendant from a judgment of the district court for Hennepin county. Plaintiff had previously appealed, and upon hearing of the appeal the supreme court remanded the cause to the district court with directions to modify its judgment in accordance

[1] Reported in 64 N. W. 1021.

with the opinion of this court, 59 Minn. 332, 61 N. W. 324. The present appeal was from a judgment entered, in pursuance of the order of Jamison, J., in accordance with the mandate and opinion of the supreme court, and adjudging and decreeing that plaintiff was the owner of 352 shares of the capital stock of defendant company, and that defendant issue to plaintiff new, regular and marketable stock certificates for 352 shares of its capital stock and deliver the same to the clerk of said court on or before March 1, 1895, for plaintiff; and in default thereof, that plaintiff have judgment for the value of said stock and such further and other damages as he might show himself entitled to upon application to said court. Affirmed.

*C. M. Ferguson, George H. Fearons* and *Rush Taggart,* for appellant.

*Jonas Guilford,* for respondent.

START, C. J. This is an appeal from the judgment of the district court of Hennepin county. For the reasons stated by this court in its decision upon a former appeal herein, and reported in 59 Minn. 332, 61 N. W. 324, the judgment is affirmed.